UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC SWEET,

    Defendant.
_____/

Case No. 1:25-cr-27

Hon. Hala Y. Jarbou

## ORDER ADOPTING REPORT AND RECOMMENDATION

On June 17, 2025, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R), recommending that Defendant's plea of guilty to Counts 1 and 4 of the Indictment be accepted. Count 4 charges Defendant with a Title 21 drug offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. § 801 *et seq.*). Under 18 U.S.C. § 3143(a)(2), such a conviction requires mandatory remand. The R&R was duly served on the parties. No objections have been filed and no briefings have been submitted regarding mandatory remand, and the deadline for doing so expired on July 1, 2025. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

**IT IS ORDERED** that the R&R (ECF No. 24) is **APPROVED and ADOPTED** as the opinion of the Court. Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charges set forth in Counts 1 and 4 of the Indictment. The written plea agreement (ECF No. 20) is continued under advisement pending sentencing.

2

**IT IS FURTHER ORDERED** that Defendant's bond is **REVOKED**, based on the mandatory remand provisions of 18 U.S.C. § 3143.  Defendant must surrender to the US Marshals Service at the address below **no later than 12:00 PM** on **Thursday, June 10, 2025**:

Charles E. Chamberlain Federal Building and United States Courthouse
315 West Allegan Street, Room 154
Lansing, MI 48933-1514

If Defendant does not self-surrender by that deadline, the Court will issue a warrant for his arrest.

Dated: July 8, 2025                            /s/ Hala Y. Jarbou
                                               HALA Y. JARBOU
                                               CHIEF UNITED STATES DISTRICT JUDGE